IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE WILD SWAN, a non-profit organization; ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; MONTANA ECOSYSTEM DEFENSE COUNCIL, a non-profit organization; and the NATIVE ECOSYSTEMS COUNCIL, a non-profit organization, | ) ) ) ) ) ) ) ) | CV 11-125-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | ORDER |
| DEBORAH L.R. AUSTIN, in her official capacity as Forest Supervisor for the Lolo National Forest; LESLIE WELDON, in her official capacity as Regional Forester for the United States Forest Service, Region One; the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture; ROWAN W. GOULD, in his official capacity as acting director of the U.S. Fish & Wildlife Service; the UNITED STATES FISH & WILDLIFE SERVICE, an agency of the United States Department of the Interior, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Wilderness Society, Montana Wood Products Association, National Wildlife Federation, Montana Wilderness Association, Seeley Lake Rural Fire District, Northwest Connections, Orville Daniels, and Bill Wall, Ph.D., move the Court for leave to file an amicus brief. The plaintiffs do not oppose the motion. The Court grants the motion.

IT IS HEREBY ORDERED that the motion to file an amicus brief (dkt #

1

18) is GRANTED. Amici Curaie may file their brief no later than February 27, 2012.

Dated this 13th day of January, 2012.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT