IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE WILD SWAN, a non-profit organization; ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; MONTANA ECOSYSTEM DEFENSE COUNCIL, a non-profit organization; and the NATIVE ECOSYSTEMS COUNCIL, a non-profit organization, | ) ) ) ) ) ) ) ) | CV 11-125-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | ORDER |
| DEBORAH L.R. AUSTIN, in her official capacity as Forest Supervisor for the Lolo National Forest; LESLIE WELDON, in her official capacity as Regional Forester for the United States Forest Service, Region One; the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture; ROWAN W. GOULD, in his official capacity as acting director of the U.S. Fish & Wildlife Service; the UNITED STATES FISH & WILDLIFE SERVICE, an agency of the United States Department of the Interior, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Lewis & Clark County, Missoula County, and Powell County move the Court for leave to file an amicus brief. The plaintiffs do not oppose the motion, and the defendants take no position on the matter. The Court grants the motion.

IT IS ORDERED that the Counties' motion to file an amicus brief (dkt # 38)

1

is GRANTED. The brief docketed at entry 39 is ordered filed.

Dated this 5th day of March 2012.

*[signature]*

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT