

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE WILD SWAN and others, | ) |
| Plaintiffs, | ) CV 11-125-M-DWM |
| vs. | ) ORDER |
| UNITED STATES FOREST SERVICE and others, | ) |
| Defendants. | ) |

The parties filed a joint stipulation regarding the Forest Service's payment of attorney's fees to Friends of the Wild Swan. The parties are free to stipulate among themselves, but the Court will not issue an order adopting the stipulation, absent some compelling reasons. The Court, however, grants the Forest Service's motion to withdraw its motion for attorney's fees (doc. 52).

IT IS ORDERED that the Forest Service's motion to withdraw its motion for attorney's fees (doc. 52) is GRANTED. *The attorney fees are reasonable and approved*

Dated this 17th day of December 2012.

Donald W. Molloy, District Judge
United States District Court